AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Alabama

MERVIN THOMAS; IRMA HENDERSON; KEITH & HELEN TAYLOR;
LINDA PETTWAY; MICHAEL & TARA HILL; WILLIE & FLORASTINE
HOWARD; WILLIAM & KAREN HUMPHREY; WILLET NOON; CLEO REID;
RONNIE & SHARON ROSE

V.

AMERIQUEST MORTGAGE CO.,
et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-07-652

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                         Signature of Server

                                        _____
                                            Address of Server

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.