⹄AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Alabama__

MERVIN THOMAS; IRMA HENDERSON; KEITH & HELEN TAYLOR; LINDA PETTWAY; MICHAEL & TARA HILL; WILLIE & FLORASTINE HOWARD; WILLIAM & KAREN HUMPHREY; WILLET NOON; CLEO REID; RONNIE & SHARON ROSE

V.

AMERIQUEST MORTGAGE CO., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-07-652

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CHARLES R. DIARD, JR.                    September 17, 2007
CLERK                                    DATE
[signature]
(By) DEPUTY CLERK