**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MERVIN THOMAS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CASE NUMBER: 1:07-CV-00652-C |
| | ) |
| **AMERIQUEST MORTGAGE COMPANY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Comes now, Earl P. Underwood, Jr., and files his appearance as additional counsel on behalf of Plaintiffs in the above-styled case.

/s/ Earl. P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiffs
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower           /s/ Earl P. Underwood, Jr.
420 North 20th St.            Earl P. Underwood, Jr.
Birmingham AL 35203