**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
150 S Perry St
Montgomery AL 36104-4227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _D Brown_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)　C. Date of Delivery
D Brown　9/20/0-

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail　☐ Express Mail
   ☐ Registered　☒ Return Receipt for Merchandise
   ☐ Insured Mail　☐ C.O.D.

4. Restricted Delivery? (Extra Fee)　☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0004 3936 1828

PS Form 3811, February 2004　Domestic Return Receipt　102595-02-M-1540