## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

MERVIN THOMAS; WILLET NOON;   )
KEITH AND HELEN TAYLOR; IRMA  )
HENDERSON; MICHAEL AND      )
TARA HILL; WILLIE AND         )
FLORASTINE HOWARD; WILLIAM   )
AND KAREN HUMPHREY; CLEO     )
REID; RONNIE AND SHARON ROSE;  )
AND LINDA PETTWAY           )
                              )
       Plaintiffs,       )
                              )       **CASE NUMBER**
v.                            )
                              )       **1:07-cv-00652-C**
AMERIQUEST MORTGAGE      )
COMPANY,                  )
                              )
       Defendant.       )
                              )

---

## DEFENDANT'S MOTION TO DISMISS CLAIMS OF PLAINTIFF MERVIN THOMAS AND PLAINTIFFS WILLIAM AND KAREN HUMPHREY

---

**COMES NOW** the defendant, Ameriquest Mortgage Company, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiff Mervin Thomas and plaintiffs William and Karen

Humphrey.  Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, Alabama  36633

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36533-0969

s/ Stephen J. Bumgarner
OF COUNSEL