IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MERVIN THOMAS; WILLET NOON; KEITH AND HELEN TAYLOR; IRMA HENDERSON; MICHAEL AND TARA HILL; WILLIE AND FLORASTINE HOWARD; WILLIAM AND KAREN HUMPHREY; CLEO REID; RONNIE AND SHARON ROSE; AND LINDA PETTWAY  Plaintiffs, v. AMERIQUEST MORTGAGE COMPANY, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NUMBER 1:07-cv-00652-C |

## DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the defendant, Ameriquest Mortgage Company, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiffs Mervin Thomas, Willet Noon, Keith and Helen Taylor, Irma Henderson, Michael and Tara Hill, Willie and Florastine Howard, William and Karen Humphrey, Cleo Reid, Ronnie and Sharon Rose, and Linda

1609339 v1

Pettway.  The claims of plaintiffs Mervin Thomas and plaintiffs William and Karen Humphrey are specifically addressed in a separate motion.  Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

                Respectfully submitted,

                s/Stephen J. Bumgarner
                Stephen J. Bumgarner (BUMGS2089)

                Attorney for Defendant
                Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

>Kenneth J. Riemer, Esq.
>P.O. Box 1206
>Mobile, Alabama  36633
>
>Earl P. Underwood, Jr., Esq.
>James D. Patterson, Esq.
>Law Offices of Earl P. Underwood, Jr.
>P.O. Box 969
>Fairhope, Alabama 36533-0969

>>s/ Stephen J. Bumgarner
>>OF COUNSEL