# TRUTH-IN-LENDING DISCLOSURE STATEMENT

(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary   ☒ Final

LENDER: AMERIQUEST MORTGAGE COMPANY
1110 MONTLIMAR DRIVE
MOBILE, AL 36609     334-460-4002

Type of Loan: **ADJUSTABLE RATE**
DATE: 03/09/00

LOAN NO.: 1⬛⬛⬛⬛⬛⬛

BORROWERS: CLEO C. REID

ADDRESS: 857 ELMIRA STREET
CITY/STATE/ZIP: MOBILE, AL 36603
PROPERTY: 857 ELMIRA STREET     MOBILE, AL 36603

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 12.520 % | $ 104,034.61 | $ 35,249.57 | $ 139,284.18 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 24 | 328.81 | Monthly beginning 05/01/00 | | | |
| 6 | 383.89 | Monthly beginning 05/01/02 | | | |
| 330 | 391.18 | Monthly beginning 11/01/02 | | | |

**VARIABLE RATE FEATURE:**
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 857 ELMIRA STREET
MOBILE, AL 36603

**ASSUMPTION:** Someone buying this property  ☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to AMERIQUEST MORTGAGE COMPANY

**LATE CHARGES:** If a payment is late, you will be charged 6.000 % of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☒ may  ☐ will not  have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.
**e means an estimate **

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Cleo C. Reid_   3/9/00
CLEO C. REID   BORROWER/DATE     _____ BORROWER/DATE

_____ BORROWER/DATE     _____ BORROWER/DATE

TILI (REV 12/99)

**Exhibit A**

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary     [X] Final

**LENDER:** Ameriquest Mortgage Company
1 St. Louis St., # 1002
Mobile, AL 36602
(888)588-4304

**Borrowers:** CLEO C. REID

**Broker License:**

**Type of Loan:** ADJUSTABLE RATE
**Date:** July 19, 2004

**Address:** 857 ELMAR STREET
**City/State/Zip:** Mobile, AL 36603

**Loan Number:** 0■■■■■■■■■■

**Property:** 857 ELMAR STREET, Mobile, AL 36603

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 9.542 % | $ 116,569.11 | $ 57,062.12 | $ 173,631.23 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $482.35 | 09/01/2004 | | | |
| 1 | $467.58 | 08/01/2034 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 857 ELMAR STREET, Mobile, AL 36603

**ASSUMPTION:** Someone buying this property
[X] cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☐ may [X] will not have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

**Exhibit B**


Borrower CLEO C. REID     Date 7/19/04

_____ Borrower     _____ Date

_____ Borrower     _____ Date

TIL1 (Rev. 7/01)     **ORIGINAL COPY**

0000006485378703057501010101

07/19/2004 12:34:45 PM