## ONE WEEK CANCELLATION PERIOD

Loan Number: ~~0065051880~~   Borrower(s): MERVIN J THOMAS
Date: July 30, 2004

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____   _____
Borrower/Owner   MERVIN J THOMAS   Date   7/30/04

_____   _____
Borrower/Owner   Date

_____   _____
Borrower/Owner   Date

_____   _____
Borrower/Owner   Date

---
**REQUEST TO CANCEL**
I/We want to cancel loan # _____.

_____   _____
Borrower/Owner Signature   Date
---

0000000850518860404220101
850 (10/00)

07/30/2004 4:30:38 PM
**LENDER COPY**

Exhibit M

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~████████████~~     Borrower(s): Willet L Noon
Date: March 7, 2006

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____     3/7/06
Borrower/Owner  Willet L Noon       Date

_____     _____
Borrower/Owner                      Date

_____     _____
Borrower/Owner                      Date

_____     _____
Borrower/Owner                      Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____     _____
Borrower/Owner Signature            Date

---

03/07/2006 6:20:19 AM
**LENDER COPY**

850 (10/00)

**Exhibit N**

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~●●●●●●●●●●●~~  Borrower(s): Keith A Taylor
Date: January 3, 2006                                 Helen T Taylor

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

      Ameriquest Mortgage Company
      1600 S Douglass Rd Anaheim, CA 92806
      ATTN: Funding Department
      Phone: (714)541-9960
      Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_(signed)_ Keith A. T_____    Date 1/4/05
Borrower/Owner  Keith A Taylor

_(signed)_ Helen J. Taylor_____    Date 1/4/05
Borrower/Owner  Helen T Taylor

_____             _____
Borrower/Owner                                Date

_____             _____
Borrower/Owner                                Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan # _____.

_____             _____
Borrower/Owner Signature                      Date

---

0000014208676804042201010        01/04/2006 8:03:29 AM
850 (10/00)                                  **LENDER COPY**

Exhibit O

## ONE WEEK CANCELLATION PERIOD

Loan Number: ~~[redacted]~~   Borrower(s): IRMA J. HENDERSON
Date: May 23, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_[signed: Irma J. Henderson]_   _5/24/05_
Borrower/Owner  IRMA J. HENDERSON   Date

_[signed: Clarence Henderson]_   _5/24/05_
Borrower/Owner  CLARENCE HENDERSON   Date

_____   _____
Borrower/Owner   Date

_____   _____
Borrower/Owner   Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan # _____.

_____   _____
Borrower/Owner Signature   Date

---

0000012148272304042201010   05/24/2005 10:45:22 AM
850 (10/00)   **LENDER COPY**

Exhibit P

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~[redacted]~~          Borrower(s): MIKE D HILL
Date: December 18, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_/s/ Mike D Hill_ _____          _12-18-04_ _____
Borrower/Owner MIKE D HILL                                            Date

_/s/ Tara K Hill_ _____          _12-18-04_ _____
Borrower/Owner TARA K HILL                                           Date

_____          _____
Borrower/Owner                                                                  Date

_____          _____
Borrower/Owner                                                                  Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                                     Date

---

0000010360604204042220101
850 (10/00)

12/17/2004 3:52:53 PM
**LENDER COPY**

Exhibit Q

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0~~~~~~~~~~~~~~ Borrower(s): Florastine W Howard
Date: March 11, 2005 Willie Howard

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Florastine W. Howard_     3-11-05
Borrower/Owner Florastine W Howard     Date

_Willie Howard_     3-11-05
Borrower/Owner Willie Howard     Date

_____     _____
Borrower/Owner     Date

_____     _____
Borrower/Owner     Date

| **REQUEST TO CANCEL** |
| I/We want to cancel loan #_____. |
| Borrower/Owner Signature     Date |

7777777707070700076765242717744400777372
5613546621073331561465305400774243737740
12230756043737760122307263646500757700007
00000112604962040422010

03/11/2005 7:39:28 AM
**LENDER COPY**

850 (10/00)

Exhibit R

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛  Borrower(s): KAREN A HUMPHREY
Date: June 22, 2004                                    WILLIAM HUMPHREY

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Karen A. Humphrey_  6/22/04
Borrower/Owner KAREN A HUMPHREY       Date

_[signature]_  6/22/04
Borrower/Owner WILLIAM HUMPHREY       Date

_____   _____
Borrower/Owner                Date

_____   _____
Borrower/Owner                Date

---
**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____   _____
Borrower/Owner Signature      Date
---

0000008171812404042201010                      06/22/2004 2:24:54 PM
850 (10/00)                                    **LENDER COPY**

Exhibit S

## ONE WEEK CANCELLATION PERIOD

Loan Number: [redacted]      Borrower(s): CLEO C. REID
Date: July 19, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

    Ameriquest Mortgage Company
    1600 S Douglass Rd Anaheim, CA 92806
    ATTN: Funding Department
    Phone: (714)541-9960
    Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_/s/ Cleo C. Reid_      7/19/04
Borrower/Owner CLEO C. REID      Date

_____      _____
Borrower/Owner      Date

_____      _____
Borrower/Owner      Date

_____      _____
Borrower/Owner      Date

**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____      _____
Borrower/Owner Signature      Date

0000008485378704042220101
850 (10/00)

07/19/2004 12:34:45 PM
**LENDER COPY**

Exhibit T

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~[redacted]~~  
Date: June 16, 2004

Borrower(s): Sharon Rose  
Ronnie E Rose

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company  
1600 S Douglass Rd Anaheim, CA 92806  
ATTN: Funding Department  
Phone: (714)541-9960  
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Sharon Rose_ (signature)  
Borrower/Owner  Sharon Rose

Date: 6-16-04

_Ronnie E Rose_ (signature)  
Borrower/Owner  Ronnie E Rose

Date: 6-16-04

_____  
Borrower/Owner

Date _____

_____  
Borrower/Owner

Date _____

**REQUEST TO CANCEL**  
I/We want to cancel loan # _____.

_____  
Borrower/Owner Signature

Date _____

0000008337552704042201701  
850 (10/00)

06/16/2004 2:23:49 PM  
**LENDER COPY**

Exhibit U

# ONE WEEK CANCELLATION PERIOD

Loan Number: ~~[redacted]~~                    Borrower(s): Linda M Pettway
Date: June 29, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

        Ameriquest Mortgage Company
        1600 S Douglass Rd Anaheim, CA 92806
        ATTN: Funding Department
        Phone: (714)541-9960
        Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____*Linda M Pettway* (signature)_____          _____6/29/05_____
Borrower/Owner  Linda M Pettway                          Date

_____          _____
Borrower/Owner                              Date

_____          _____
Borrower/Owner                              Date

_____          _____
Borrower/Owner                              Date

---
**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____          _____
Borrower/Owner Signature                Date
---

0000012417250304042220101
850 (10/00)

06/29/2005 4:20:08 PM
**LENDER COPY**

Exhibit V