**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

MERVIN THOMAS, et al.,            :

    Plaintiffs,                  :

vs.                               :        CA 07-0652-MJ-C

AMERIQUEST MORTGAGE               :
COMPANY,

    Defendant.

**ORDER**

Defendant has filed two separate motions to dismiss the complaint. (Docs. 6 & 8; *see also* Docs. 7 & 9) These motions shall come on for oral argument before the Court on **November 14, 2007**, at 2:00 p.m., in Courtroom 3A, United States Courthouse, Mobile, Alabama. Plaintiffs are **ORDERED** to file their responses to the defendant's motions to dismiss on or before **October 26, 2007**.

As the parties are no doubt aware, this case has been randomly assigned to the undersigned for all purposes, including trial. (*See* Doc. 2 ("In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this District Court have been designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of a final judgment,

upon the consent of all parties.")) Inasmuch as the parties, to date, have not returned to the Clerk of Court a Request for Reassignment to a United States District Judge  (*see id.* ("You have the right to have your case reassigned to a United States District Judge for trial and disposition. If you wish to have the case reassigned, you or your attorney need only return the Request for Reassignment to a United States District Judge (attached) by email to Edwina_Crawford@alsd.uscourts.gov. **Do not electronically file document.**")), there presently exists implicit consent to the undersigned conducting all proceedings in this case. *See Roell v. Withrow*, 538 U.S. 580, 123 S.Ct. 1696, 1703, 155 L.Ed.2d 775 (2003) ("We think the better rule is to accept implied consent where, as here, the litigant or counsel was made aware of the need for consent and the right to refuse it, and still voluntarily appeared to try the case before the Magistrate Judge. Inferring consent in these circumstances thus checks the risk of gamesmanship by depriving parties of the luxury of waiting for the outcome before denying the magistrate judge's authority. Judicial efficiency is served; the Article III right is substantially honored."). Accordingly, the Clerk is **DIRECTED** to send to each party, for informational purposes, a copy of the Court's form Consent to the Exercise of Jurisdiction by a United States Magistrate Judge, along with a copy of this

order. Should the written consent of the parties not be filed by **October 24, 2007**,[1] the Clerk is **DIRECTED** to reassign this action to a United States District Judge.[2]

**DONE** and **ORDERED** this the 11th day of October, 2007.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Only one consent form, signed by counsel for all parties, is to be filed with the Court. Signatures may be electronically affixed and, with consent so stated after the signature, counsel may electronically sign for other counsel.

[2] In the event this action is reassigned to a District Judge, the hearing presently set before the undersigned on November 14, 2007 will be **CANCELED**.