**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MERVIN THOMAS, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CASE NUMBER: 07-652** |
| | * | |
| **AMERIQUEST MORTGAGE** | * | |
| **COMPANY, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

**NOTICE OF APPEARANCE OF COUNSEL**

Comes now KENNETH J. RIEMER, Attorney at Law, and gives notice of his appearance

as additional attorney for the Plaintiffs herein.

    s/Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiffs
P.O. Box 1206
Mobile AL 36633
Telephone:  (251) 432-9212
Facsimile:  (251) 433-7172
Email:  kjr@alaconsumerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 17th day of October, 007, I electronically filed the foregoing Notice
of Appearance with the Clerk of the Court using the CMECF system, which will send electronic
notification of such filing to the following:

Stephen James Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

Earl P. Underwood
James Donnie Patterson
P. O. Box 969
Fairhope, AL 36533-0969

    s/ Kenneth J. Riemer
KENNETH J. RIEMER