# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MERVIN THOMAS; WILLET NOON; ) <br> KEITH AND HELEN TAYLOR; IRMA ) <br> HENDERSON; MICHAEL AND ) <br> TARA HILL; WILLIE AND ) <br> FLORASTINE HOWARD; WILLIAM ) <br> AND KAREN HUMPHREY; CLEO ) <br> REID; RONNIE AND SHARON ROSE; ) <br> AND LINDA PETTWAY ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, ) <br> ) <br> **Defendant.** ) <br> ) | **CASE NUMBER** <br><br> **1:07-cv-00652-C** |

## CORPORATE DISCLOSURE STATEMENT
## OF AMERIQUEST MORTGAGE COMPANY

The undersigned counsel of record for defendant Ameriquest Mortgage Company hereby certifies that the defendant's parent company is ACC Capital Holdings Corporation. No publicly held company owns 10% or more of Ameriquest Mortgage Company. The undersigned makes these representations in order for the Judges of this Court to evaluate possible disqualification or recusal.

1612368 v1

Respectfully submitted,


s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, Alabama  36633

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36533-0969

s/ Stephen J. Bumgarner
OF COUNSEL