

March 14, 2007                                                                  <u>*Via Priority Express*</u>

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, Alabama 36533-0969


Re:   **Borrower:**                              *Irma Henderson*
      **Ameriquest Loan Number Ending In:**  *xxxxxx2723*
      **Property Address:**                       *1176 North 18th Avenue*
                                                  *Atmore, Alabama 36502*


Dear Mr. Patterson:

This letter is in response to your correspondence we received on February 27, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that she and Clarence Henderson executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the time the loan was service released. Please note that in August of 2005, your client's loan was service released to Citibank West. Please contact the new servicer for a current account history. Additionally, per your request, we enclose a copy of your client's loan file.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.


Sincerely,

*Courtney Takahashi*
Courtney Takahashi
Legal Analyst II
Ameriquest Mortgage Company


Enclosures



August 28, 2007

<u>*Via Federal Express*</u>

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

Re:   **Borrower:** **Mike Hill**
      ***Ameriquest Loan Number Ending In:*** **XXXXXXX042**
      ***Property Address:*** **503 Shelton beach Rd**
      **Eight Mile, AL 36613**

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 24, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that he executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge his receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your clients' loan file.

You have requested a payoff statement for your clients' loan. However, the loan has been paid in full as of May 1, 2007.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II



March 7, 2007                                                                 *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

Re:   **Borrowers:**                                **Willie & Florastine Howard**
      **Ameriquest Loan Number Ending In:**   **XXXXXXX962**
      **Property Address:**                         **1168 Freemanville Dr**
                                                    **Atmore, AL 36502**

Dear Mr. Patterson:

This letter is in response to your correspondence dated February 7, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your client, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your client's loan file.

We also attach a payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower(s).

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II

cc: Diane Tiberend, Esq.

ACC CAPITAL HOLDINGS CORPORATION
1100 Town & Country Road, Suite 1200 • Orange, CA 92868 • phone: 714.558.5355



July 19, 2007                                                                 <u>*Via Federal Express*</u>

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

**Re:**   **Borrower:**                               *Karen & William Humphrey*
         ***Ameriquest Loan Number Ending In:***     *XXXXXXX124*
         ***Property Address:***                     *9400 Stone Road*
                                                     *Semmes, AL 36575*

Dear Mr. Patterson:

This letter is in response to your correspondence dated July 18, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest and is responding on their behalf.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your clients' account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your clients' loan file.

You have requested a payoff statement for your clients' loan. However, the loan has been paid in full as of March 30, 2007.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II

**ACC**℠

August 21, 2007                                                                                                    *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

*Re:*   *Borrower:*                                    *Willet L. Noon*
        *Ameriquest Loan Number Ending In:*   *xxxxxx2587*
        *Property Address:*                    *1981 Laurel Oak Court*
                                               *Mobile, Alabama 36695*

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 15, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that he executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge his receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes, but is not limited to, the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. Additionally, we attach a copy of your client's loan file.

We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

*Courtney Takahashi*
Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures

# ACC

August 31, 2007                                                                                              *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

Re:  **Borrower:**                                    *Linda Pettway*
     **Ameriquest Loan Number Ending In:**  *XXXXXXX503*
     **Property Address:**                  *661 Petit Ave*
                                            *Mobile, AL 36617*

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 20, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that she executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge her receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your client, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your client's loan file.

You have requested a payoff statement for your client's loan. However, the loan has been paid in full as of June 21, 2007.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II

# ACC

June 28, 2007                                                                                                           *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

*Re:*  *Borrower:*  *Cleo C. Reid*
       *Ameriquest Loan Number Ending In:*  *xxxxxx3787*
       *Property Address:*  *857 Elmar Street*
                            *Mobile, Alabama 36603*

Dear Mr. Patterson:

This letter is in response to your correspondence dated June 20, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that she executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge her receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes, but is not limited to, the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. Additionally, we attach a copy of your client's loan file.

We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

*Courtney Takahashi*
Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures



May 22, 2007                                                                                        *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

Re:  Borrowers:                                  *Sharon Rose and Ronnie Rose*
     Ameriquest Loan Number Ending In:  *xxxxxx5527*
     Property Address:                           *3271 Deere Creek Road*
                                                 *Atmore, Alabama 36502*

Dear Mr. Patterson:

This letter is in response to your correspondence dated May 10, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to April 2007, when the loan was paid in full. Additionally, we attach a copy of your client's loan file.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures



August 20, 2007                                                                  *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533


Re:   **Borrowers:**                             *Keith & Helen Taylor*
      ***Ameriquest Loan Number Ending In:***    ***XXXXXXX768***
      ***Property Address:***                    ***23000 Vaughn Rd***
                                                 ***Robertsdale, AL 36567***

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 15, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest and is responding on their behalf.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your clients' account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your clients' loan file.

We also attach your clients' payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower(s).

**ACC CAPITAL HOLDINGS CORPORATION**
1100 Town & Country Road, Suite 1200 • Orange, CA 92868 • phone: 714.558.5355

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II

**ACC**℠

August 20, 2007                                                                                             *Via Federal Express*

James D. Patterson, Esq.
The Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533

Re:   **Borrower:**                                    **Mervin Thomas**
      **Ameriquest Loan Number Ending In:**   **XXXXXXX886**
      **Property Address:**                          **232 Clark Ave**
                                                              **Saraland, AL 36571**

Dear Mr. Patterson:

This letter is in response to your correspondence dated August 15, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that he executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge his receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your client's loan file.

We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II