IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MERVIN THOMAS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION 07-0652-WS-C |
| ) | |
| **AMERIQUEST MORTGAGE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This case has recently been transferred to the undersigned. Pending are the defendant's motions to dismiss. (Docs. 6, 8). The defendant has filed briefs and evidentiary materials in support of its motions, (Docs. 7, 9), and the plaintiffs have filed a response. (Doc. 13). The defendant is **ordered** to file and serve its reply on or before **November 1, 2007**. The defendant's brief shall address, at a minimum, the existence and status of any effort to obtain transfer to the MDL litigation, and shall set forth and support the defendant's position as to whether resolution of its motions to dismiss should await such transfer.

DONE and ORDERED this 25th day of October, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE