BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re: AMERIQUEST MORTGAGE CO.   )
MORTGAGE LENDING PRACTICES       )
LITIGATION                       )   MDL Docket No. 1715
                                 )

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

PLEASE TAKE NOTICE that, pursuant to J.P.M.L. Rules 7.2(i) and 7.5(e), the undersigned counsel for the plaintiffs gives notice of the following potential tag-along actions:

1. *Janice Burrell, et al. v. Ameriquest Mortgage Company, Inc.*, Case No. 1:07-cv-623-KD-M (Southern District of Alabama, Southern Division) Judge Kristi K. DuBose,

Exhibit W

presiding. A true and correct copy of the complaint in the Tag-along Action is attached as Exhibit A.

2. *Mervin Thomas, et al. v. Ameriquest Mortgage Company, Inc.* Case No. 1:07-cv-6521-B (Southern District of Alabama, Southern Division) Magistrate Judge William E. Cassady, presiding. A true and correct copy of the complaint in the Tag-along Action is attached as Exhibit B.

3. *Benjamin Johnson, et al. v. Ameriquest Mortgage Company, Inc.* Case No. 1:07-cv-648-KD-C (Southern District of Alabama, Southern Division) Judge Kristi K. DuBose, presiding. A true and correct copy of the complaint in the Tag-along Action is attached as Exhibit C.

Plaintiffs in these Tag-along Actions are plaintiffs in the putative national class actions transferred by the Panel to the Northern District of Illinois for consolidated and coordinated pretrial proceedings (the "Borrowers' Consolidated Class). These Tag-along Actions allege the same general conduct, claim the same injury and see the same relief as the Borrowers' Consolidated Class Action. Likewise, these Tag-along Actions

rely upon the same legal theories, require the same or similar factual determinations, and are governed by the same law.

Therefore, the Plaintiffs respectfully request that the Panel transfer these Tag-along Actions to the Northern District of Illinois pursuant to J.P.M.L. Rule 7.4.

Respectfully Submitted this 19th day of September, 2007.

_____
EARL P. UNDERWOOD, JR.
Counsel for Plaintiffs
Law Offices of Earl P. Underwood, Jr
Post Office Box 969
Fairhope, AL 36533-0969
251-990-5558 (T)
251-990-0626 (F)
epunderwood@alalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of September, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham, AL 35203

Kenneth J. Riemer
Kenneth J. Riemer, Attorney at Law
P.O. Box 1206
166 Government St.

3

Mobile AL 36633

Max Cassady
Cassady & Cassady
14 South Section Street
Fairhope AL 36532

                                                                         _____
                                                                         Earl P. Underwood, Jr.