

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                                    312-435-5698

November 9, 2007


Charles R. Diard Jr., Clerk of Court

United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

Dear Clerk:

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**
    Your case number:    1:07-652 Mervin Thomas, et al v Ameriquest Mortgage Co.

    Our case number:    07 cv 6232- Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

                                    Sincerely,

                                    Michael W. Dobbins
                                    Clerk

                    by:    Willie A. Haynes
                             Supervisor of Operations