CLOSED2007, JURY, STAYED

# U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00652–WS–C

| | |
|---|---|
| Thomas et al v. Ameriquest Mortgage Company | Date Filed: 09/14/2007 |
| Assigned to: Judge William H. Steele | Date Terminated: 11/09/2007 |
| Referred to: Magistrate Judge William E. Cassady | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mervin Thomas**         represented by   **Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251–432–9212
Fax: 251–433–7172
Email: kjr@alaconsumerlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irma Henderson**         represented by   **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Taylor** represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Taylor** represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Pettway** represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Hill** represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Hill**　　　　　　　　　　　　represented by　**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Howard**　　　　　　　　　　represented by　**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Florastine Howard**　　　　　　　　represented by　**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Humphrey**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Humphrey**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willet Noon**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cleo Reid**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**

        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnie Rose**     represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Rose**     represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**     represented by    **Stephen James Bumgarner**
Burr &Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205–458–5355
Fax: 205–244–5611
Email: sbumgarn@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2007 | 1 | COMPLAINT against Ameriquest Mortgage Company ( Filing fee $350 receipt number 518116, Online Credit Card Payment), filed by Linda Pettway, Michael Hill, Tara Hill, Willie Howard, Florastine Howard, William Humphrey, Karen Humphrey, Willet Noon, Cleo Reid, Ronnie Rose, Mervin Thomas, Sharon Rose, Irma Henderson, Keith Taylor, Helen Taylor. (Attachments: # 1 Supplement Summons) (Patterson, James) Additional attachment(s) added on 9/17/2007 (eec, ). (Entered: 09/14/2007) |
| 09/14/2007 | 2 | Notice of Assignment to Magistrate Judge William E. Cassady for trial. (eec) (Entered: 09/17/2007) |
| 09/17/2007 | 3 | Summons Issued as to Ameriquest Mortgage Company. (Summons mailed to counsel for service.) (eec) (Entered: 09/17/2007) |
| 09/20/2007 | 4 | NOTICE of Appearance by Earl P. Underwood on behalf of Linda Pettway, Michael Hill, Tara Hill, Willie Howard, Florastine Howard, William Humphrey, Karen Humphrey, Willet Noon, Cleo Reid, Ronnie Rose, Mervin Thomas, Sharon Rose, Irma Henderson, Keith Taylor, Helen Taylor (Underwood, Earl) (Entered: 09/20/2007) |
| 09/24/2007 | 5 | RETURN OF SERVICE of Summons served 09/20/2007 as to Ameriquest Mortgage Company (Attachments: # 1 Exhibit Certified Mail Return Receipt) (Underwood, Earl) (Entered: 09/24/2007) |
| 09/26/2007 |  | Answer due from Ameriquest Mortgage Company on 10/10/2007. (eec) (Entered: 09/26/2007) |
| 10/10/2007 | 6 | MOTION to Dismiss *Claims of Plaintiff Mervin Thomas and Plaintiffs William and Karen Humphrey* by Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 10/10/2007) |
| 10/10/2007 | 7 | Brief re 6 MOTION to Dismiss *Claims of Plaintiff Mervin Thomas and Plaintiffs William and Karen Humphrey*. (Bumgarner, Stephen) (Entered: 10/10/2007) |
| 10/10/2007 | 8 | MOTION to Dismiss by Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 10/10/2007) |
| 10/10/2007 | 9 | Brief re 8 MOTION to Dismiss. (Attachments: # 1 Exhibit A−B# 2 Exhibit C−L# 3 Exhibit M−V) (Bumgarner, Stephen) (Entered: 10/10/2007) |
| 10/12/2007 | 10 | Order re: 6 MOTION to Dismiss *Claims of Plaintiff Mervin Thomas and Plaintiffs William and Karen Humphrey* filed by Ameriquest Mortgage Company, 8 MOTION to Dismiss filed by Ameriquest Mortgage Company. These motions shall come on for oral argument before the Court on November 14, 2007, at 2:00 p.m., in Courtroom 3A, United States Courthouse, Mobile, Alabama. Plaintiffs are ORDERED to file their responses to the defendant's motions to dismiss on or before October 26, 2007. Should a written consent of the parties not be filed by October 24, 2007, the Clerk is DIRECTED to reassign this action to a United States District Judge. Signed by Judge William E. Cassady on 10/11/07. (eec) (Entered: 10/15/2007) |
| 10/17/2007 | 11 | NOTICE of Appearance by Kenneth J. Riemer on behalf of Linda Pettway, Michael Hill, Tara Hill, Willie Howard, Florastine Howard, William Humphrey, Karen Humphrey, Willet Noon, Cleo Reid, Ronnie Rose, Mervin Thomas, Sharon Rose, Irma Henderson, Keith Taylor, Helen Taylor (Riemer, Kenneth) (Entered: 10/17/2007) |
| 10/17/2007 | 12 | Disclosure Statement filed by Defendant Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 10/17/2007) |

| | | |
|---|---|---|
| 10/23/2007 | 13 | RESPONSE in Opposition re 6 MOTION to Dismiss *Claims of Plaintiff Mervin Thomas and Plaintiffs William and Karen Humphrey*, 8 MOTION to Dismiss filed by Linda Pettway, Michael Hill, Tara Hill, Willie Howard, Florastine Howard, William Humphrey, Karen Humphrey, Willet Noon, Cleo Reid, Ronnie Rose, Mervin Thomas, Sharon Rose, Irma Henderson, Keith Taylor, Helen Taylor. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Underwood, Earl) (Entered: 10/23/2007) |
| 10/25/2007 | 14 | This action has been transferred from the docket of Magistrate Judge William E. Cassady and is now assigned to the docket of District Judge William H. Steele. To insure that your pleadings are referred to the proper Judge and Magistrate Judge with as little delay as possible, please use the letter suffix WS–C after the case number on all future pleadings. The hearing presently set before Magistrate Judge Cassady on November 14, 2007, is hereby CANCELED. (eec) (Entered: 10/25/2007) |
| 10/26/2007 | 15 | Order re: 6 MOTION to Dismiss *Claims of Plaintiff Mervin Thomas and Plaintiffs William and Karen Humphrey* filed by Ameriquest Mortgage Company, 8 MOTION to Dismiss filed by Ameriquest Mortgage Company, stating replies due by 11/1/2007. Signed by Judge William H. Steele on 10/25/07. Copies to parties on 10/26/07.(mpp) (Entered: 10/26/2007) |
| 11/01/2007 | 16 | REPLY Brief filed by Defendant Ameriquest Mortgage Company re: 8 MOTION to Dismiss filed by Ameriquest Mortgage Company. (Attachments: # 1 Exhibit W) (Bumgarner, Stephen) (Entered: 11/01/2007) |
| 11/05/2007 | 17 | ORDER STAYING CASE pending transfer to the MDL Court or further order of this Court. Signed by Judge William H. Steele on 11/5/07. (tgw) (Entered: 11/05/2007) |
| 11/09/2007 | 18 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District electronically via ECF Transfer. (Attachments: # 1 Trasmittal Letter) (tgw) (Entered: 11/14/2007) |