**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation. | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1715<br><br>Lead Case No. 05-CV-07097<br><br>Centralized before the Honorable Marvin E. Aspen |
| THIS DOCUMENT RELATES TO:<br>*Mervin Thomas, et al. v. Ameriquest Mortgage Company, et al*;<br>Case No. 07 C 6232 | | |

NOTICE OF OPTING-OUT OF CLASS ACTIONS

The plaintiffs in the following federal action hereby state that they opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them:

*Mervin Thomas, et al. v. Ameriquest Mortgage Company, et al*; (N.D. Ill. Case No. 07-cv-6232).

Respectfully submitted this 16th day of November, 2007.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558 (voice)
(251) 990-0626 (fax)
epunderwood@alalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of November , 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

I further certify that on this 16th day of November 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.