# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO CASE NUMBER: 1:07-C-6232 | |
| MERVIN THOMAS; WILLET NOON; KEITH AND HELEN TAYLOR; IRMA HENDERSON; MICHAEL AND TARA HILL; WILLIE AND FLORASTINE HOWARD; WILLIAM AND KAREN HUMPHREY; CLEO REID; RONNIE AND SHARON ROSE; LINDA PETTWAY; | |
| Plaintiffs, | CASE NUMBER: 1:07-C-6232 |
| v. | Alabama Southern District No. CV-07-652 |
| AMERIQUEST MORTGAGE COMPANY; AMERIQUEST MORTGAGE SECURITIES, INC.; ASSET BACKED FUNDING CORPORATION NIM 2005-AQ1 LLC; CITIGROUP MORTGAGE LOAN TRUST 2005-6; DEUTSCHE BANK NATIONALTRUST COMPANY; GMAC MORTGAGE USA CORPORATION; U.S. BANK NATIONAL ASSOCIATION; WASHINGTON MUTUAL BANK, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Plaintiffs, **WILLIAM and KAREN HUMPHREY** and the Defendants, Ameriquest Mortgage Company, et al., by and through their undersigned counsel, and hereby present this stipulation of dismissal with prejudice, of all claims of Plaintiffs **WILLIAM and KAREN HUMPHREY** against the Defendants, each party to bear his own cost. The parties

also show unto the Court that they have reached a compromise of the controversies in this case and have entered into a Settlement Agreement manifesting the terms of that compromise. A proposed Order is attached hereto as Exhibit A.

DATED this September 2nd 2008.

> s/ James D. Patterson
> James D. Patterson, Esq.  (PATTJ6485)
> Earl P. Underwood, Jr., Esq.  (UNDEE6591)
> Attorneys for Plaintiffs
> 21 South Section St.
> Fairhope, Alabama  36532
> Telephone: 251.990.5558
> Facsimile:  251.990.0626
> E-mail: jpatterson@alalaw.com

> s/ Brian H. Newman
> Brian H. Newman
> Buchalter Nemer
> 1000 Wilshire Boulevard, Suite 1500
> Los Angeles, California 90017-2457
> Telephone:   213.891.5573
> Facsimile:   213.630.5848
> E-Mail: bnewman@buchalter.com

CERTIFICATE OF SERVICE

I hereby certify that on September 2nd 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

> s/ James D. Patterson
> James D. Patterson, Esq.

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715 |
| THIS DOCUMENT RELATES TO CASE NUMBER: 1:07-C-6232 | |
| MERVIN THOMAS; WILLET NOON; KEITH AND HELEN TAYLOR; IRMA HENDERSON; MICHAEL AND TARA HILL; WILLIE AND FLORASTINE HOWARD; WILLIAM AND KAREN HUMPHREY; CLEO REID; RONNIE AND SHARON ROSE; LINDA PETTWAY; | |
| Plaintiffs, | CASE NUMBER: 1:07-C-6232 |
| v. | Alabama Southern District No. CV-07-652 |
| AMERIQUEST MORTGAGE COMPANY; et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

**WHEREFORE**, Plaintiffs **WILLIAM and KAREN HUMPHREY**, filed a Stipulation of Dismissal with Prejudice, it is hereby, **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiffs **WILLIAM and KAREN HUMPHREY** against Defendants, in the above-styled action are hereby dismissed **with** prejudice, each party to bear its own costs.

**DONE AND ORDERED** this _____ day of _____, 2008.

_____
Judge Marvin E. Aspen