**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Mervin Thomas, et al.
                              Plaintiff,

v.                                      Case No.: 1:07−cv−06232
                                        Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 9/10/08: Plaintiffs, William and Karen Humphrey, filed a Stipulation of Dismisal with Prejudice, it is hereby ordered that the claims of the Plaintiffs William and Karen Humphrey against defendants, in this action, are hereby dismissed with prejudice, each party to bear its own costs. The case remains active as to all other plaintiffs.Karen Humphrey and William Humphrey terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.